U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 24 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| JAMES WESLEY McCULLERS<br>LA. DOC #053240 | CIVIL ACTION NO. 10-0130 |
| VERSUS | DISTRICT JUDGE WALTER |
| LARRY COX, ET AL. | MAGISTRATE JUDGE HAYES |

## ORDER

For the reasons stated in the Report and Recommendation [Record Document 11] of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by plaintiff and concurring with the findings of the Magistrate Judge under applicable law:

**IT IS ORDERED** that plaintiff's civil rights complaint (42 U.S.C. § 1983) seeking damages and injunctive relief is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 24 day of May, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE